UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYANE ALTUNYAN, GEVORG MELKONYAN, KNARIK MELKONYAN, and KAREN KARAPETYAN,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, a Connecticut Corporation, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants.<br><br>HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>GAYANE ALTUNYAN, GEVORG MELKONYAN, KNARIK MELKONYAN, and KAREN KARAPETYAN,<br><br>　　　　　Counterdefendants. | Case No.  CV12-5619 PJW<br><br>**(~~PROPOSED~~) ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

/ / /

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4812-0956-5714 v1

- 1 -

CASE NO. CV12-5619 PJW
(PROPOSED) ORDER RE STIP. FOR DISMISSAL W/PREJ.
OF ENTIRE ACTION AGAINST ALL PARTIES

1    IT IS HEREBY ORDERED that the above-referenced action, including the
2 Counterclaim, shall be dismissed in its entirety with prejudice as to all parties. The
3 parties are to bear their own respective attorneys' fee and costs.

5 DATED: January 9, 2012    _____
6                           UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-0956-5714 v1

- 2 -

CASE NO. CV12-5619 PJW
(PROPOSED) ORDER RE STIP. FOR DISMISSALW/PREJ.
OF ENTIRE ACTION AGAINST ALL PARTIES